EDMUND CADOUX *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF WESTON

The motion by the plaintiff for a review by this court of the trial court's rectification of the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Melvin J. Silverman,* in support of the motion.

Submitted June 26—decided July 14, 1970

DANIEL T. NOON ET AL. *v.* ANNA FARINA

The motion by the plaintiffs for an order directing the trial court to make a finding on a cross appeal in the appeal from the Superior Court in New Haven County is denied.

*Irving H. Perlmutter,* in support of the motion.

Submitted July 8—decided July 14, 1970

DONALD J. MCCRANN ET AL. *v.* TOWN PLAN AND
ZONING COMMISSION OF THE TOWN OF
BLOOMFIELD ET AL.

The plaintiffs' motion for rectification of the appeal from the Court of Common Pleas in Hartford County is granted and the trial court is directed to include in the finding such claims of law as were made by the plaintiffs at the trial.

*Peter J. Preisner,* in support of the motion.